# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEVEN J. MARCELLO AND
ROSALIE C. MARCELLO

NO.   2020 CW 0636

VERSUS

JO-BLANCHE CORPORATION

**JULY 23, 2020**

---

In Re:   Steven J. Marcello and Rosalie C. Marcello, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 136720.

---

**BEFORE:   WELCH, HIGGINBOTHAM, AND PENZATO, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**

**Welch, J.,** concurs.  While not perfect, a Zoom trial avoids the COVID risk relators complain of and allows the wheels of justice to move forward in the world we find ourselves in today. A traditional bench trial that avoids all COVID risk could not be rescheduled in the foreseeable future.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT